Ramot Realty Corporation, Respondent, v. Manetto Holding Corporation and Others, Defendants; Francoise A. Hepworth, Formerly Francoise Naylor, and Others, as Executors, etc., of Blanche Chapal, Deceased; Robert I. Chapal, as Receiver of Rents, Appointed in the Action "Francoise A. Hepworth and Others, Plaintiffs, against Manetto Holding Corporation and Others, Defend-

ants," Appellants.— In an action to foreclose a tax lien, order denying appellants' motion to set aside the judgment, grant a new trial, and for other relief, on the ground of newly-discovered evidence, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.